**FILED**

06/20/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0629

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0629

_____

BILLY BUDD SULLIVAN and HARRY
RICHARDS,

      Plaintiffs and Appellants,

  v.

ALICIA DORMAN and JASON FORTNEY,

      Defendants and Appellees.

O R D E R

_____

On May 8, 2023, this Court returned Appellants' opening brief for failure to comply with the applicable Montana Rules of Appellate Procedure and ordered Appellants to correct the brief and file it no later than 30 days from the date of the Order. Appellants have not filed a corrected brief in accordance with this Court's Order.

IT IS THEREFORE ORDERED that Appellants shall prepare, file and serve the opening brief on appeal no later than July 19, 2023. Failure to file the brief within that time will result in dismissal of this appeal with prejudice and without further notice.

The Clerk is directed to provide a copy of this Order to all parties.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
June 20 2023